AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim - Clayton; Perry et al.
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

v.

Discover Bank et al
12 Reed Way
NewCastle, De. 19720

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

CASE

**RECEIVED**
OCT 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Marshall C. Watson
1800 N. 49th St. Suite 120
Fort Lauderdale, N.C. 33309

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Jacob-Franz, Dyck and Kim C. Perry
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copy was Sent by U.S. Certified Mail
~~7007 0710 0003 0953~~
7007 0710 0003 0953 3553

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         _Morris L Tate_
             Date              Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Read Way
NewCastle, De. 19720

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Equifirst Corporation
500 Forest Point Circle
Charlotte, NC. 28273

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz: Dyck and Kim C. Perry
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     OCT - 4 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 2/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copy was sent by U.S. Certified Mail #7007 0710 0003 0953 3560

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/15/07        _Morris L Tate_
              Date              Signature of Server

8042 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Read Way
Newcastle, De. 19720

**SUMMONS IN A CIVIL CASE**

CASE NUM

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Deutche Bank Trust Company
60 Wall St.
New York, NY. 10005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Jacob-Franz: Dyck and Kim L. Perry
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by U.S. Certified Mail # 7007 0710 0003 0953 3591

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07                _Morris L Tate_
              Date                    Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim - Clayton ; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Read Way
NewCastle, De. 19720

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Joyce Camp
301 South College St,
Charlotte, NC. 28288

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz ; Dyck and Kim C. Perry et
8092 Mary's Fish Camp Rd,
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by U.S. Certified Mail 7007 0710 0003 0953 3638

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         *Morris L Tate*
                Date          Signature of Server

8092 Marys Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Read Way
NewCastle, De. 19720

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Wachovia Bank, National Association
301 South College St,
Charlotte N.C. 28288

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S pro se (name and address)

Jacob-Franz, Dyck and Kim C. Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT - 4 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Copy was sent by US Certified Mail
#7007 0710 0003 0953 3492

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07
                Date

Signature of Server: Morris L Tate

Address of Server:
8092 Mady's Fish Camp Rd
Weeki Wachee FL 34607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Read Way
NewCastle, De. 19720

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Lyon Financial Services, Inc.
770 Second Ave, South
St. Petersburgh Fl. 33701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S Pro Se (name and address)

Jacob-Franz; Dyck and Kim C Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

OCT - 4 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by U.S Certified Mail
# 7207 0710 0003 0953

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         *Morris L Tate*
            Date                Signature of Server

8092 Marys Fish Camp Rd
Weeki Wachee Fl 34607
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Reed Way
NewCastle, De. 19720

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Anthony P. Valentine, Jr ESQ
770 Second Av. South
St. Petersburg, Fl. 33701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz, Dyck and Kim C. Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     OCT - 4 2007
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Copy was sent by US Certified Mail 7007 0710 0003 0953 4871__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/15/07__    _Morris L Tate_
           Date            Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee FL 34607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Reeds Way
New Castle, De. 19720

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Bill Haggerty
12 Reeds Way
New Castle, De 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz: Dyck and Kim L Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        OCT - 4 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L. Tate | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US Certified Mail
#7007 0710 0003 0953 4888

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         *Morris L. Tate*
             Date              Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim - Clayton: Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Discover Bank et al
12 Reed Way
NewCastle, De. 19720

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01794
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Pro Se General Civil

CASE N[...]

TO: (Name and address of Defendant)

Discover Bank
12 Reed Way
New Castle, De. 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Jacob-Franz: Dyck and Kim C Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachi, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US Certified Mail
 # 7007 0710 0003 0952 4840

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         *Morris Tate*
              Date            Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received
Mail Room

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia